83,006-01

I'm writing in reference to the Writ of Habeas Corpus that arrived there March/11/2015. It concerns the records. I want to know what you all have in there concerning the Writ. I was told that I would recieve a copy of my transcripts and everything involved with the Writ and have yet to recieve it. The reason why it bother's me is because when I was sent the Findings of Facts and conclusion there was a list of everything that I was supposed to recieve. and it had an Judicial Confession listed at number 9. That was never given because I didn't commit the crime so obviously you can see my concern. So if it's not to much I would like it If i was forwarded a copy of my transcripts and everything involving the Writ of Habeas Corpus. Also, I sent a motion March 9th, 2015 and I want to know if that was forwarded with the Writ.

please
&
Thank You

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

3/25/15